

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE FEINERMAN**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORBERTO VALENCIA-GONZALEZ (a/k/a "Socialitos") | **MAGISTRATE JUDGE WEISMAN**<br><br>No. **19 CR 699**<br><br>Violations: Title 21, United States Code, Sections 846 and 963, and Title 18, United States Code, Section 1956(h)<br><br>**UNDER SEAL** |

**FILED**
SEP - 4 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

Beginning no later than in or about 2013, and continuing until at least in or about January 2017, at Chicago, Arlington Heights, Morris, and Plainfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORBERTO VALENCIA-GONZALEZ (a/k/a "Socialitos"),

defendant herein, did conspire with Luis Eduardo Gonzalez Garcia (a/k/a "Primo," "Primo Timo," and "Primo Timon"), Jesus Arredondo Alvarez (a/k/a "Green," "Chuy" and "Doctor"), Luis Garcia (a/k/a "Luigi"), Agustin Patricio (a/k/a "Son-in-Law"), and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

Beginning no later than in or about 2013, and continuing until at least in or about January 2017, at Chicago, Arlington Heights, Morris and Plainfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORBERTO VALENCIA-GONZALEZ (a/k/a "Socialitos"),

defendant herein, did conspire with Luis Eduardo Gonzalez Garcia (a/k/a "Primo," "Primo Timo," and "Primo Timon"), Jesus Arredondo Alvarez (a/k/a "Green," "Chuy" and "Doctor"), Luis Garcia (a/k/a "Luigi"), Agustin Patricio (a/k/a "Son-in-Law"), and others known and unknown to the Grand Jury, to knowingly and intentionally import into the United States from a place outside the United States, namely, Mexico, a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1);

In violation of Title 21, United States Code, Section 963.

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

Beginning no later than in or about 2013, and continuing until at least in or about January 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORBERTO VALENCIA-GONZALEZ (a/k/a "Socialitos"),

defendant herein, did conspire with Luis Eduardo Gonzalez Garcia (a/k/a "Primo," "Primo Timo," and "Primo Timon"), Jesus Arredondo Alvarez (a/k/a "Green," "Chuy" and "Doctor"), Luis Garcia (a/k/a "Luigi"), Agustin Patricio (a/k/a "Son-in-Law"), and others known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Section 1956, namely:

1. to knowingly conduct and attempt to conduct a financial transaction involving proceeds of a specified unlawful activity, namely, the felonious buying, selling and otherwise dealing in a controlled substance, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and that the transaction was designed, in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

2. to transport, transmit, and transfer a monetary instrument and funds involving the proceeds of a specified unlawful activity, namely, the felonious buying, selling, importation, and otherwise dealing in a controlled substance, from a place in

the United States to or through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 963, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes or is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used or intended to be used, in any manner or part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1956(h), as set forth in this Indictment, defendant shall forfeit to the United States of America, any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY